May Term,
1858.

RUBOTTOM
v.
HOLLAND.

*Saturday,*
*June 26.*

VERDEN *v.* COLEMAN.

APPEAL from the *Benton* Circuit Court.

*Per Curiam.*—The facts of this case, and the questions of law arising in the record before us, are precisely similar to those in a case between the same parties, decided at the *November* term of this Court, 1853.   See *Verden* v. *Coleman,* 4 Ind. R. 457.   Upon the authority of the case cited, the judgment in the present case must be affirmed.

The judgment is affirmed, with 1 per cent. damages and costs.

*D. Mace* and *W. C. Wilson,* for the appellant.

*Z. Baird,* for the appellee.

---

DRONBERGER *v.* MURPHY.

*Saturday,*
*June 26.*

APPEAL from the *Bartholomew* Circuit Court.

*Per Curiam.*—This case is dismissed with costs for want of an assignment of errors.

---

RUBOTTOM *v.* HOLLAND.

*Saturday,*
*June 26.*

APPEAL from the *Franklin* Court of Common Pleas.

*Per Curiam.*—The judgment in this case is affirmed with costs, on the case of *Collins* v. *Shaw,* 8 Ind. R. 516.

*J. D. Howland,* for the appellant.

*G. Holland,* for himself.